# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT J. SWAIN and KENNY L. FIORITO, on behalf of the ISCO Industries Inc. Employee Stock Ownership Plan, and on behalf of a class of other persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WILMINGTON TRUST, N.A. as successor to Wilmington Trust Retirement and Institutional Services Company,<br><br>    Defendant. | No. 1:17-cv-00071-RGA |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Natasha S. Fedder, Lars C. Golumbic, Michael J. Prame and Andrew Salek-Raham of the law firm Groom Law Group to represent Defendant Wilmington Trust, N.A. in this matter.

Dated: February 16, 2017

                                               */s/ Albert H. Manwaring, IV*
                                               P. Clarkson Collins, Jr. (#739)
                                               Albert H. Manwaring, IV (#4339)
                                               MORRIS JAMES LLP
                                               500 Delaware Avenue, Suite 1500
                                               Wilmington, DE 19801
                                               Telephone: (302) 888-6800
                                               pcollins@morrisjames.com
                                               amanwaring@morrisjames.com

                                               *Attorneys for Defendant*
                                               *Wilmington Trust, N.A.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____   _____
                                                                 United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: February 14, 2017

Signed: _____
Natasha S. Fedder, Esq.
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 861-5437
nfedder@groom.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: February 15, 2017        Signed: _____
                                      Lars C. Golumbic, Esq.
                                      Groom Law Group
                                      1701 Pennsylvania Avenue, NW
                                      Washington, DC 20006
                                      (202) 861-6615
                                      lgolumbic@groom.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: February 15, 2017        Signed: /s/ Michael J. Prame
                               Michael J. Prame, Esq.
                               Groom Law Group
                               1701 Pennsylvania Avenue, NW
                               Washington, DC 20006
                               (202) 861-6633
                               mprame@groom.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: February 15, 2017

Signed: _____
Andrew Salek-Raham, Esq.
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 861-5408
asalek@groom.com