IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT SWAIN, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>WILMINGTON TRUST, N.A. as successor to Wilmington Trust Retirement and Institutional Services Company,<br><br>    Defendant. | No. 1:17-cv-00071-RGA |

**DEFENDANT WILMINGTON TRUST N.A.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM**

For the reasons set forth in the accompanying opening brief in support, Defendant Wilmington Trust, N.A., by and through its undersigned counsel, hereby moves pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure for an order dismissing this action with prejudice.

Dated: April 3, 2017

OF COUNSEL:

GROOM LAW GROUP, CHARTERED
Michael J. Prame (*pro hac vice*)
Lars C. Golumbic (*pro hac vice*)
Natasha S. Fedder (*pro hac vice*)
Andrew D. Salek-Raham (*pro hac vice*)
1701 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006
Telephone: (202) 857-0620
mprame@groom.com
lgolumbic@groom.com
nfedder@groom.com
asalek-raham@groom.com

Respectfully submitted by:

MORRIS JAMES LLP

  */s/ Albert H. Manwaring, IV*
P. Clarkson Collins (#739)
Albert H. Manwaring IV (#4339)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
pcollins@morrisjames.com
amanwaring@morrisjames.com

*Attorneys for Defendant Wilmington Trust, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT SWAIN, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> WILMINGTON TRUST, N.A. as successor to Wilmington Trust Retirement and Institutional Services Company, <br><br> Defendant. | No. 1:17-cv-00071-RGA |

## ORDER

And now, on this ____ day of ____, 2017, upon consideration of Defendant Wilmington Trust, N.A.'s Motion to Dismiss and Opening Brief in Support, and any response thereto, it is hereby

ORDERED that the Motion is GRANTED and the Complaint in this action is dismissed with prejudice.

                                                                                     _____
                                                                                     Judge Richard G. Andrews
                                                                                     United States District Court Judge