# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT J. SWAIN and KENNY FIORITO, on behalf of the ISCO Industries Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>WILMINGTON TRUST, N.A., as successor to Wilmington Trust Retirement and Institutional Services Company,<br><br>       Defendant. | C.A. No. 17-071-RGA-MPT |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

Plaintiffs Scott J. Swain and Kenny Fiorito, Individually and as Class Representatives, move the Court for an order granting an award of attorneys' fees, costs, and service awards.

Good cause exists for granting this motion as set forth in the accompanying Memorandum in Support, and Declaration of Gregory Porter.

Dated: April 21, 2020

                                            BAILEY & GLASSER, LLP

                                            */s/ David A. Felice*
                                            David A. Felice (#4090)
                                            Red Clay Center at Little Falls
                                            2961 Centerville Road, Suite 302
                                            Wilmington, DE 19808
                                            Telephone: (302) 504-6333
                                            dfelice@baileyglasser.com

                                            **OF COUNSEL**:

BAILEY & GLASSER LLP

Gregory Y. Porter *(pro hac vice)*
Ryan T. Jenny *(pro hac vice)*
Patrick O. Muench *(pro hac vice)*
1055 Thomas Jefferson St., NW
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
gporter@baileyglasser.com
rjenny@baileyglasser.com
pmuench@baileyglasser.com

*Attorneys for Plaintiffs*